UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRUCE DANIEL MULLIGAN, | ) | |
| Plaintiff, | ) | CASE NO. C09-842RSL-MAT |
| v. | ) | |
| DR. DAVID KENNEY, *et al.*, | ) | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | ) | |

The Court, having reviewed plaintiff's amended civil rights complaint, plaintiff's motion for preliminary injunctive relief, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, plaintiff's objections, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. In <u>Winter v. Natural Res. Def. Council</u>, __ U.S. __, 129 S. Ct. 365, 375-76 (2008), the Supreme Court made clear that a preliminary injunction may not be entered based only on the "possibility" of irreparable harm: plaintiff must demonstrate that irreparable injury is likely in the absence of an injunction. Although Judge Theiler cited to Ninth Circuit authority that utilized the "possibility of irreparable injury"

ORDER DENYING PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTIVE RELIEF

standard, that standard did not affect her preliminary injunction analysis.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. # 20) is DENIED.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

Dated this 7th day of January, 2010.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTIVE RELIEF