01

02

03

04

05

06                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                 AT SEATTLE

08  BRUCE DANIEL MULLIGAN,                  )
                                            )
09              Plaintiff,                  )   CASE NO.  C09-842-RSL-MAT
           v.                               )
10                                          )
    DR. DAVID KENNEY, *et al*.,             )   ORDER DENYING PLAINTIFF'S
11                                          )   MOTION TO COMPEL
                Defendants.                 )
12  _____ )

13          This is a civil rights action filed under 42 U.S.C. § 1983.   This matter comes before the

14  Court on plaintiff's motion to compel discovery.   The Court, having reviewed plaintiff's

15  motion, all briefing submitted by the parties, and the remaining record, does hereby ORDER as

16  follows:

17          (1)     Plaintiff's motion to compel discovery (Dkt. No. 39) is DENIED.   In   January

18  2010, plaintiff filed a motion to compel discovery in which he asserted that defendants had

19  failed to produce a list of all single cell placements at the Twin Rivers Unit of the Monroe

20  Correctional Complex which defendants' counsel had agreed to produce during a discovery

21  conference held in September 2009.   Plaintiff also asserted in his motion to compel that

22  defendants had failed to produce a series of e-mail attachments requested in a set of discovery

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL
PAGE - 1

01   requests which were sent to defendants' counsel in October 2009.

02        Defendants, in their response to plaintiff's motion to compel, asserted that the requested

03   documents had been provided and that plaintiff's motion was therefore moot.   However,

04   defendants referenced therein only plaintiff's request for information regarding single cell

05   placements.   Plaintiff, in his reply brief in support of his motion to compel, asserted that his

06   motion was not moot because the information he received in response to his request for a list

07   single cell placements was incomplete and because he had not received the requested e-mail

08   attachments.

09        Because defendants did not have an opportunity to respond to plaintiff's contention that

10   their response to his request for information regarding single cell placements was incomplete,

11   and because defendants failed to respond in their opposition brief to plaintiff's contention that

12   they had yet to produce requested e-mail attachments, this Court determined that additional

13   briefing was necessary.   Defendants were therefore directed to file a supplemental response to

14   plaintiff's motion to compel.

15        Defendants filed their supplemental response to plaintiff's motion in March 2010.

16   Defendants assert therein, with respect to the list of single cell placements, that they have

17   produced all of the information agreed upon by the parties at the September 2009, discovery

18   conference.   Defendants explain that while plaintiff, in his motion to compel, asked that

19   defendants be compelled to produce a list of single cell assignments covering all of 2008 and

20   2009, the agreement reached at the September 2009 discovery conference was that defendants

21   would provide a list of *current* inmates assigned to single cells, not a list encompassing a two

22   year period.   Defendants also note in their supplemental response that because of the nature of

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL
PAGE - 2

01   inmate housing, compiling the list suggested by plaintiff "would be arduous, if not impossible."

02   (Dkt. No. 51 at 2.)

03         Though plaintiff was provided an opportunity to file a supplemental reply brief in

04   support of his motion to compel, he did not do so.  In the absence of any challenge to

05   defendants' assertion that they have, in fact, provided all of the discovery agreed upon at the

06   September 2009 conference, this Court can only conclude that the agreed upon materials have

07   been produced and that plaintiff's motion to compel is therefore moot in this regard.

08         With respect to the issue of e-mail attachments, defendants assert in their supplemental

09   response that the requested e-mail attachments have either been provided or do not exist.

10   Again, plaintiff does not challenge defendants' assertion.  Accordingly, plaintiff's motion to

11   compel is moot in this regard as well.

12         (2)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

13   defendants, and to the Honorable Robert S. Lasnik.

14         DATED this <u>18th</u> day of June, 2010.

15

16                             Mary Alice Theiler

17                             United States Magistrate Judge

18

19

20

21

22

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL
PAGE - 3