01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08   BRUCE DANIEL MULLIGAN,                    )
                                               )
09              Plaintiff,                      )    CASE NO.   C09-842-RSL-MAT
           v.                                   )
10                                              )
     DR. DAVID KENNEY, *et al*.,                )    ORDER GRANTING PLAINTIFF'S
11                                              )    MOTION FOR EXTENSION OF TIME
                Defendants.                     )
12   _____   )

13        This is a civil rights action filed under 42 U.S.C. § 1983.   This matter comes before the

14   Court on plaintiff's motion to for an extension of the discovery deadline.   The Court, having

15   reviewed plaintiff's motion, defendants' response thereto, and the remaining record, does

16   hereby ORDER as follows:

17        (1)    Plaintiff's motion for an extension of time (Dkt. No. 57) is GRANTED.

18   Plaintiff, by way of the instant motion, seeks an extension of the discovery deadline so that he

19   may locate, and be examined by, a board certified nephrologist.   Defendants oppose plaintiff's

20   motion on the grounds that plaintiff failed to confer with defendants' counsel before requesting

21   relief from the Court as required by Local Rule CR 37(a)(2), and that plaintiff has not

22   articulated a valid basis for the relief he requests.

     ORDER GRANTING PLAINTIFF'S
     MOTION FOR EXTENSION OF TIME
     PAGE - 1

01    The Court notes, with respect to defendants' first argument, that the current version of

02 this Court's Local Rules contains no Rule CR 37(a)(2).   It appears that counsel intends to refer

03 to Fed. R. Civ. P. 37(a)(1) and/or to Local Rule CR37(a)(1)(A).   Rule 37(a)(1) of the Federal

04 Rules of Civil Procedure requires that a party seeking to compel discovery include in the

05 motion a certification that the moving party "has in good faith conferred or attempted to confer"

06 with the party failing to make disclosures.   *See* Fed. R. Civ. P. 37(a)(1).   Local Rule CR

07 37(a)(1)(A) provides that "a good faith effort to confer with a party or person not making a

08 disclosure or discovery requires a face-to-face meeting or a telephone conference."   Because

09 plaintiff is not seeking to compel discovery, but merely seeking an extension of time, neither

10 Fed. R. Civ. P. 37(a)(1) nor Local Rule 37(a)(1)(A) appear to apply.

11    Defendants' second argument, that plaintiff has presented no valid basis for the

12 requested extension is also off target.   Defendants construe plaintiff's request for additional

13 time as being based on his need to obtain more information from defendant Kenney, and they

14 argue that plaintiff has demonstrated his ability to request relevant discovery from defendants

15 and that he has had ample time to do so.   However, it is clear from the face of plaintiff's motion

16 that his request for additional time does not concern his ability to obtain timely discovery from

17 defendants, but his ability to obtain a timely opinion from an outside expert given that he is

18 incarcerated.

19    As defendants have offered no meritorious opposition to plaintiff's motion, and as it

20 does not appear that the additional time requested will cause any prejudice or will unduly delay

21 these proceedings, the request for additional time will be granted.

22

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE - 2

01    (2)    Accordingly, the discovery deadline in this matter is hereby extended to

02 *February 17, 2011*, and the dispositive motion filing deadline is extended to *March 17, 2011*.

03    (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

04 defendants, and to the Honorable Robert S. Lasnik.

05    DATED this <u>4th</u> day of August, 2010.

06

07    _____

Mary Alice Theiler

08    United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE - 3