01
02
03
04
05

06            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
07                     AT SEATTLE

08  BRUCE DANIEL MULLIGAN,           )
                                     )
09         Plaintiff,                )   CASE NO.  C09-0842-RSL
                                     )
10         v.                        )
                                     )   REPORT AND RECOMMENDATION
11  DR. DAVID KENNEY, *et al*.,      )
                                     )
12         Defendants.               )
    _____ )
13

14      This is a *pro se* civil rights action under 42 U.S.C. § 1983.  Plaintiff Bruce Mulligan is

15  a Washington prisoner who is currently incarcerated at the Monroe Correctional Complex -

16  Twin Rivers Unit.  Plaintiff filed this action in June 2009 to seek redress for alleged violations

17  of his Eighth Amendment rights and the Americans with Disabilities Act arising out of

18  defendants' refusal to accommodate his mental disorder which is known as avoidant

19  paruresis/shy bladder.

20      Plaintiff has been actively litigating this case since its inception.  However, on March

21  2, 2011, plaintiff submitted to this Court for consideration a motion to dismiss this case

22  pursuant to Rule 41of the Federal Rules of Civil Procedure.  Plaintiff indicates in his motion

REPORT AND RECOMMENDATION
PAGE -1

that due to the complexity of the case, and his lack of legal counsel, he seeks to have the case dismissed, without prejudice, to allow him time to retain proper legal representation.[1] Defendants have filed a response to plaintiff's motion in which they indicate that they have no objection to dismissal of this action without prejudice.

As plaintiff believes he is unable to proceed at this time, and as defendants have no opposition to plaintiff's request that this action be dismissed without prejudice, this Court recommends that plaintiff's motion be granted and that this action be dismissed, without prejudice, pursuant to Rule 41(a)(2).[2] A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of April, 2011.

*signature*

Mary Alice Theiler
United States Magistrate Judge

---

[1] This Court previously denied a request by plaintiff to have counsel appointed to represent him in this matter. (*See* Dkt. Nos. 15 and 29.)

[2] Plaintiff requests dismissal under Rule 41(a)(1). However, because defendants previously filed an answer in this action, Rule 41(a)(2) governs plaintiff's request for dismissal.

REPORT AND RECOMMENDATION
PAGE -2