UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE DANIEL MULLIGAN, ) | |
| ) | |
| Plaintiff, ) | CASE NO.  C09-0842-RSL |
| ) | |
| v. ) | |
| ) | ORDER DISMISSING ACTION |
| DR. DAVID KENNEY, *et al*., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court, having reviewed plaintiff's amended complaint, plaintiff's motion for voluntary dismissal, defendants' response thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts Report and Recommendation;

(2) Plaintiff motion for voluntary dismissal (Dkt. No. 69) is GRANTED. Plaintiff's amended complaint, and this action, are DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

01      (3)    The Clerk shall direct copies of this Order to plaintiff, to counsel for defendants,

02 and to the Honorable Mary Alice Theiler.

03      DATED this 25th day of May, 2011.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION
PAGE -2